IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stevens, Johnny A

Printed: 7/3/07

Case Number: 07 B 09689
Judge: Squires, John H
Filed: 5/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: June 28, 2007
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | General Motors Acceptance Corp | Secured | 18,604.58 | 0.00 |
| 2. | Cavalry Portfolio/Collection | Unsecured | 614.78 | 0.00 |
| 3. | Illinois State Tollway | Unsecured | 4,179.00 | 0.00 |
| 4. | Netikka D Seward | Priority | | No Claim Filed |
| 5. | Child Support Division | Priority | | No Claim Filed |
| 6. | Child Support Division | Priority | | No Claim Filed |
| 7. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 8. | Hsbc Nv | Unsecured | | No Claim Filed |
| 9. | MCI | Unsecured | | No Claim Filed |
| 10. | Hsbc Nv | Unsecured | | No Claim Filed |

$ 23,398.36          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Stevens, Johnny A

Printed:  7/3/07

Case Number:  07 B 09689
Judge:  Squires, John H
Filed:  5/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*